IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION



UNITED STATES OF AMERICA

v.

CRIMINAL NO. 1:16cr7 LG-JCG

JOSE ROSADO

21 U.S.C. §843(b)

**The United States Attorney charges:**

## COUNT 1

That on or about July 10, 2014, in Harrison County, in the Southern Division of the Southern District of Mississippi, the defendant, **JOSE ROSADO**, aided and abetted by others known and unknown, did knowingly and intentionally use a communications facility, to wit, a telephone, in causing or facilitating the commission of an act constituting a felony under the Controlled Substances Act, to wit, conspiracy to possess with intent to distribute a controlled substance, as prohibited by Section 846, Title 21, United States Code.

All in violation of Section 843(b), Title 21, United States Code, and Section 2, Title 18, United States Code.

Ruth R. Morgan, supv AUSA

GREGORY K. DAVIS
United States Attorney